STATE EX REL. MENDEL SILVER AND ANOTHER v. MIKE SILVER
AND ANOTHER.[1]

January 16, 1925.

No. 24,499.

**Minor daughter awarded to custody of her father and mother. [Reporter.]**

Upon the relation of Mendel Silver and another the district court for
Hennepin county granted its writ of habeas corpus directed to Mike Silver
and another. The matter was heard by Waite, J., who awarded the custody
of the child to relators. Respondents appealed. Affirmed.

*Donald M. Davis* and *W. T. Coe,* for appellants.
*Joseph Kaminer,* for respondents.

PER CURIAM.

This is a proceeding, by habeas corpus, instituted by Mendel Silver
and Ethel Silver, husband and wife and natural parents of Mary Jane
Silver, now of the age of about 6 years, against Mike Silver and Florence
Silver, his wife, over the custody of said minor child.

This matter came before the district court of Hennepin county, upon
the petition of the parents, and the child was awarded to their custody.
The matter comes to this court by appeal. A referee was appointed who
duly took and reported the testimony offered. Having heard the re-
spective parties, through their counsel, and having considered the evidence
so taken and reported, and being of the opinion that the welfare of said
minor child will be best served by restoring her to the custody of her
father and mother, who are fit and proper persons to have her custody
and care, and that, as a matter of law, they are entitled to her custody
and care,

It is ordered that the custody and care of said Mary Jane Silver, a
minor of the age of about 6 years, be and is hereby awarded to the
respondents, Mendel Silver and Ethel Silver, her natural father and
mother.

[1]Reported in 201 N. W. 631.